Pro Se 11 (Rev. 12/16) Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

District of

Division

**Rise OF The Moors**
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**See Attached**
_____
~~Defendant~~ (Third-party plaintiff(s))
*(Write the full name of each defendant/third-party plaintiff. If the names of all the defendants/third-party plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

**The Commonwealth of MA et alia**
_____
Third-party defendant(s) **See Attached**
*(Write the full name of each third-party defendant. If the names of all the third-party defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## THIRD – PARTY COMPLAINT

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rise of The Moors |
| Street Address | P.O. Box 1538 |
| City and County | Pawtucket |
| State and Zip Code | RI 02860 |
| Telephone Number | 401 600 5529 |
| E-mail Address *(if known)* | |

Pro Se 11 (Rev. 12/16) Third-Party Complaint

Third-Party Defendant No. 3

- Name: MA STATE TROOPER RYAN CASEY
- Job or Title (if known): ~~MBM~~ STATE TROOPER
- Street Address: 485 MAPLE ST
- City and County: DANVERS
- State and Zip Code: MA 01923
- Telephone Number:
- E-mail Address (if known):

Third-Party Defendant No. 4

- Name: EMILY KARSTETTER
- Job or Title (if known): judge
- Street Address: 33 CLARK ST
- City and County: BOSTON
- State and Zip Code: MA 02109
- Telephone Number:
- E-mail Address (if known):

## II. Initial Complaint

A. Identify the initial complaint filed against you and the date it was filed. Describe the events that gave rise to the plaintiff's complaint, the nature of the claims asserted, and the relief sought. Attach the complaint as an exhibit.

Conspiracy to commit a crime
Illegal possession of firearms
Illegal possession of Ammunition
Possession of Large capacity magazines
~~Improper storage of firearms~~

(See Attached)

B. State whether you have filed an answer to the complaint and, if so, briefly summarize what admissions or denials that answer asserted. Attach the answer as an exhibit.

See Attached affidavit

## III. Third-Party Complaint

A. Describe the nature of the relationship between you and the third-party defendant. Attach any contracts or documents showing the nature of the relationship.

Pro Se 11 (Rev. 12/16) Third-Party Complaint

**B.    The Defendant(s)/Third-Party Plaintiff(s)**

Provide the information below for each defendant/third-party plaintiff named in the complaint. Attach additional pages if needed.

Name: Jamhal Talib Abdullah Bey
Street Address: 269 Treble Cove RD
City and County: Billerica
State and Zip Code: MA 01862
Telephone Number:
E-mail Address:

**C.    The Third-Party Defendant(s)**

Provide the information below for each third-party defendant named in the complaint, whether the third-party defendant is an individual, a government agency, an organization, or a corporation. For an individual third-party defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Third-Party Defendant No. 1
Name: The Commonwealth of MA
Job or Title *(if known)*: MALDEN DISTRICT COURT
Street Address: 4040 MYSTIC VALLEY PKWY
City and County: MEDFORD
State and Zip Code: MA 02155
Telephone Number: 781 322 7500
E-mail Address *(if known)*:

Third-Party Defendant No. 2
Name: Medford MA STATE Police
Job or Title *(if known)*: ~~520 Fellsway~~ STATE POLICE
Street Address: 520 FELLSWAY
City and County: MEDFORD
State and Zip Code: MA 02155
Telephone Number: 781 396 0100
E-mail Address *(if known)*:

Page 2 of 5

Pro Se 11 (Rev. 12/16) Third-Party Complaint

---

B. Explain why, if the plaintiff received any judgment against you, you will be entitled to judgment against the third-party defendant for contribution to or indemnification for the amount of damages and costs awarded to the plaintiff. Include the percentage of the plaintiff's recovery that the third-party defendant will be required to contribute. Describe the facts, or relevant provisions of state law, that demonstrate you are entitled to collect from the third-party defendant.

*Defamation r Discrimination of National Origin r Deprivation of Rights under Color of Law*

## IV. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *7/20/21*

Signature of Defendant/Third-Party Plaintiff
Printed Name of Defendant/Third-Party Plaintiff   *RISE OF THE MOORS*

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number

Pro Se 11 (Rev. 12/16) Third-Party Complaint

        Name of Law Firm    _____  _____  _____
        Street Address        _____  _____  _____
        State and Zip Code   _____  _____  _____
        Telephone Number    _____  _____  _____
        E-mail Address        _____  _____  _____