

Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



To: **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

Notice to the agent is notice to the principal, notice to the principal is notice to the agent. UCC 1-202: notice, knowledge. An instrument is deemed in law filed at the time it is delivered to the clerk. See *Biffe v. Morton Rubber., Inc.*, 785 S.W. 2d 143, 144 (tex. 1990).

**Case number:** CR001099, CR001097, CR001101, CR001096, CR001102, CR001098, CR001104, CR001103, CR001095, CR001100

COMMONWEALTH OF MASSACHUSETTS

Appellant, Plaintiff, Claimant

v.

"JAMHAL TALIB ABDULLAH BEY, QUINN CUMBERLANDER, AARON JOHNSON, STEVEN PEREZ, LAMAR DOW, WILFREDO HERNANDEZ, ABAN EL CURRAGH, CONALD PIERRE, ROBERT RODRIGUEZ, OMAAR ANTONIO"

Defendant(s)

# AFFIDAVIT OF FACT

**Date:** 10th Dhu al-Hijjah 1442: [20 July 2021]

On Saturday July 3, 2021, eleven Moorish American Nationals were traveling for a group camping trip using I-95 North to get to a private destination. They were exercising their right to travel with their firearms in adherence with the federal peaceable journey law (18 USC § 196A). They were exercising their second amendment right to keep and bear arms, as well as the inalienable right to have a necessary well-regulated militia, which shall not be infringed. The Moors had already filled up gas cans to be able to fuel their gas tanks without alarming the public late at night since they were dressed in camouflage clothing and had on militia gear. While fueling up carefully on the side of the road, state trooper CASEY pulled up behind them to see if assistance was needed. He quickly realized that the men had on camouflage uniforms and bulletproof vests while having dark skin and immediately started questioning them. Jamhal Talib Abdullah Bey promptly approached the trooper peacefully with his hand extended to greet the officer. The Moors proceeded to answer his questions even though they had not been pulled over and are not required to answer questions since militias are to remain unharassed while training. CASEY asked for credentials even though this was not necessary because they hadn't been pulled over and had not broken any laws. Jamhal politely answered the trooper's questions and asked for the supervisor. The state trooper is heard in the video evidence provided by the state,




Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.

parties involved with the exception of me, are co-conspirators in attempts to extort finances from me. Thus, chargeable under **Title 18 U.S. Code § 241** - Conspiracy against rights; **Title 18 U.S. Code § 242** - Deprivation of rights under color of law; **Title 18 U.S. Code Chapter 41** - Extortion and threats; **Title 18 U.S. Code § 880** - Receiving the proceeds of extortion; et alia (and others).

If this is an issue between me and the state, then I also demand the contract between me and the state be submitted for the record and my review, that I am supposed to have violated, to be summoned to this commercial court in the first instance.

I have not been presented with any signed affidavit of claims or accusations made against me by an injured party which would lead a grand jury to present an indictment to me. Based on that fact alone, per the 5th and 6th Amendment, my rights to due process have been violated; and this alleged case, these alleged charges and claims must be dropped, dismissed and/or otherwise acquitted.

To be submitted on the "Public Record" as Exhibit A, whereas I state, proclaim, and declare the following to be true, correct, not misleading and not intended to be presented for any misrepresented, 'colored' or improper use or purpose. Whereas I reserve my right to not have to answer to any colorable charges nor appear to any colorable courts, this Affidavit of fact, Quo Warranto, Writ of Replevin and Information et alia. Any bodily presence to any "courts" or tribunals in regard to this matter will be under threat, duress and/or coercion, where jurisdiction will be challenged. This document is to be taken and viewed as a special appearance; as there is no proof that there are any real charges being made against me or my estate.

## UNDER PENALTY OF PERJURY

Under penalty of perjury and persecution from the Moorish nation, do declare and state for the record, to the best of my ability, that all claims and statements made in this affidavit are true, factually based and not made for, nor intended to be used for fraud, misrepresentation, misprision nor usurpation. A Free Moorish American national and citizen of the free National Government of Morocco, I am: Next Kin: Jcl UCC 1-308 . In honor of my Moabite ancestors to time immemorial, exercising the Divine and Common-Law-Right to Jus Postliminii, in accord with the high principles of Love, Truth, Peace, Freedom and Justice.



Treaty of Peace and Friendship of 1787 between the Empire of Morocco and the United States.



Naxrkin ⌐f El UCC 1-308

RISE OF THE MOORS