| Plantiffs: | Court: | Case Number: | Illegally detained at: |
|---|---|---|---|
| Jamhal Talib Abdullah Bey Misidentified as "JAMHAL LATIMER" | Malden District Court | CR001099 | Middlesex House of Correction and Jail |
| Quinn Khabir El Misidentified as "QUINN CUMBERLANDER" | Malden District Court | CR001097 | Worcester County Jail & House of Correction |
| Tariff Sharif Bey Misidentified as "AARON JOHNSON' | Malden District Court | CR001101 | Middleton House of Correction |
| Lucha El Por Libertad Misidentified as "STEVEN PEREZ" | Malden District Court | CR001096 | Middlesex House of Correction and Jail |
| Jamil Rasul Bey Misidentified as "LAMAR DOW" | Malden District Court | CR001102 | Middleton House of Correction |
| Will El Musa Misidentified as "WILFREDO HERNANDEZ" | Malden District Court | CR001098 | Middleton House of Correction |
| Aban El Curraugh | Malden District Court | CR001104 | Middleton House of Correction |
| John Doe 2 | Malden District Court | CR001100 | Worcester County Jail & House of Correction |
| Conald Soliman Quiesqueyano Bey Misidentified as "CONALD PIERRE" | Malden District Court | CR001103 | Middlesex House of Correction and Jail |
| Robert El Don Misidentified as "ROBERT RODRIGUES" | Malden District Court | CR001095 | Middlesex House of Correction and Jail |

Defendants:

Medford Massachusetts State Police

Massachusetts State Trooper Sargent Matthew McDevitt

Massachusetts State Trooper Ryan Casey

Massachusetts State Trooper Mike Sullivan

Massachusetts State Trooper Sargent Burnham

Massachusetts State Trooper Orlando

Malden District Court Judge Emily A Karstetter

THE COMMONWEALTH OF MASSACHUSETTES

AT&T NEWS MEDIA

COMCAST NBCUNIVERSAL NEWS MEDIA

VIACOM NEWS MEDIA

NEWS CORPORATION NEWS MEDIA

CBS NEWS MEDIA