| | |
|---|---|
| **From:** | Moorish American |
| **To:** | RID_ECF_INTAKE |
| **Subject:** | Attn Court Clerk |
| **Date:** | Sunday, August 1, 2021 5:12:30 PM |

**CAUTION - EXTERNAL:**

Good day,
This was mailed in. I wish to have the address on this case changed to what is pictured. We would like any and all responses, answers, judgments (generated or non generated) etc. forwarded to the address shown below. We have not yet received the opening case letter or any other responses or requests on the matter due to technical difficulties with the previous listed address.

Thank you kindly,
Rise Of The Moors



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.