

HR0689                                LRB097 16344 GRL 61607 r

1                    HOUSE RESOLUTION

2        WHEREAS, The Moorish Americans are the descendants of the
3    ancient Moabites, Hamites, and Canaanites who were permitted by
4    the Old Pharaohs of Kemet to traverse from East Africa and
5    later formed themselves kingdoms extending from the
6    northwestern and southwestern shores of Africa, the Atlantic
7    Islands, and onto the present-day continental Americas; and

8        WHEREAS, The indigenous Moorish Peoples of the Americas are
9    now united in order to again link themselves with the family of
10   nations; and

11       WHEREAS, The Moorish Americans, being aboriginal to the
12   territories of the North, Central, and South Americas, have
13   formed a sovereign theocratic government guided by the command
14   principles of love, truth, peace, freedom, and justice through
15   virtue of the universal right to self-determination as well as
16   with the Declaration on the Rights of Indigenous Peoples
17   guaranteed in the Charter; and

18       WHEREAS, On January 8, 1886, Noble Drew Ali was born in the
19   State of North Carolina, destined to become the first patriot
20   of his mentally enslaved Moorish American People; in 1912, he
21   was anointed as "El Hajj Sharif Abdul Ali" by the leaders of
22   Egypt and the Holy City of Mecca to return to the United States

HR0689                    - 2 -            LRB097 16344 GRL 61607 r

1    as the Last Prophet and Founding Father of the newly risen
2    Nation of Moorish Americans; as a result of the 13th Amendment,
3    Moorish people were emancipated from slavery in 1865;
4    therefore, be it

5        RESOLVED, BY THE HOUSE OF REPRESENTATIVES OF THE
6    NINETY-SEVENTH GENERAL ASSEMBLY OF THE STATE OF ILLINOIS, that
7    we designate the week of January 8-15, 2012 as Moorish American — Holy week

Commonwealth v. Jamhal Talib Abdullah Bey

Case: 2158CR001899

8/3/21  12:30pm                                   (1 of 2)
Billerica HoC Pod-D, Cell 1-15

Writ to Strike Evidence and Dismiss the case.

In Devereaux v. Abbey the Ninth Circuit held "there is a clearly established constitutional due process right not to be subjected to criminal charges on the basis of false evidence that was deliberately fabricated by the government." 263 F.3d at 1024-25.

During the 'dangerousness hearing' the government played a, less than 30 minute video from an 11 or 10 hour event. It is prima facia evidence that the government has tampered with the video evidence and has falsified and fabricated evidence.

I have stated multiple times that I have body cam footage of the entire 11 or 10 hour event that the government has

taken from me and is withholding causing a Brady violation. I have also argued the fact that the prosecution claimed to have all the information of an approximate 11 hour event, written on 12 pages and it along with the tampered video is unfair, unconstitutional and cannot properly portray the 11 hour event in its proper context. Emily Korsette, noted the objection and in violation of my rights, entered the video into evidence. And somehow found me dangerous regarding a 11 hour event based on 30 minutes of video footage, out of context, tampered with, edited, shortened and clearly falsified and fabricated. The video starts with Casey already out of his patrol vehicle, but thats not how the probable cause narrative starts.

The police clearly conspired to deprive me of my constitutional

(3) of (13)

rights and the government is maliciously prosecuting me which is why they needed to tamper with the video as its clearly seen jumping to different scenes and not starting with Casey observing us pulled over, instead it shows him flashing a light on me and me attempting to shake his hand. This is done to paint and falseify evidence as if I was already on the highway arbitrarily armed. My 2nd, fourth, fifth, sixth and other rights have been, are being and clearly will continue to be violated by the government.

The Supreme Court has held that the presentation of false evidence violates a criminal defendants due process rights. Napue v Illinois, 360 U.S. 264, 269, 79 S Ct 1173, 3L Ed 2d 1217.

Under Brady v. Maryland 373 U.S. 83, 83 S. Ct 1194, 10 L. Ed.

2d 215 the Suppression of evidence favorable to the accused and material to either guilt or punishment violates a defendants due process rights. It is clear that the removal of any portion of the approximate 10 hour video footage is material to my innocence or guilt and punishment. If I committed a crime there must be some form of injury and the video footage in its entirety will show that I have injured no one, there is no Corpus Delecti. Altering the video is clearly a Brady Violation and tampering with evidence; especially since said evidence supports my innocence. The Media and prosecution are conspiring to get a conviction with no evidence that is admissible. But fabricated and using the news stories to corrupt the potential jury pool.

Spoliation is the intentual suppressing of the truth and that results in prejudice to the opposing party. It is clear and prima facie evidence

that the shortened video provided by the government is spoiled and suppressed the truth, which has resulted in me being found dangerous based on a 11 hour event depicted in under 40 minutes. See Stevenson v. Union Pacific railroad Co. 354 F3d 739 746 748. The entire video, unedited would have shown and proven that I am not dangerous. From me peacefully greeting Casey, to me trying to give Casey any information he would need to do his Job properly and effectively; to me reminding the police continuously that we had no intentions on being violent or dangerous or escalating things or fleeing, to my men assuring me and ensuring that I deal with things peacefully, even me willing to speak with any Trooper on scene and with respect. We also assured the police that we were not pointing any arms at them and

that we had no intentions to although they (the police) had already unnecessarily and unconstitutionally without cause, warrant or suspicion, escalated things to the point of danger by establishing a firing line against us. In the police narrative the troopers claim they heard rifles, meaning multiple, being chambered in the tree line, yet in the video footage played during the dangerousness hearing by one of the attorneys it is clear that the police were going condition one in an attempt to escalate things which they did and establish a fatal line which they did, and hold as hostage, which they did.

The Supreme Court in Brady v Maryland held that it is a due process requirement to disclose both exculpatory (clearing) and impeachment evidence. Clearly by suppressing my body cam footage, altering and tampering with Casey's body cam footage and the removal of my Youtube Channel (Cease) since I was live during the time

that we were being descriminated against because of our national origin and held hostage by the police, is clear and prima facie evidence that the prosecution is suppressing evidence and that said evidence is favorable to my defense which meets the Brady requirements. The police have my phone and my Youtube and Instagram have been deleted since it has been in the governments custody. This is evidence that the Government is acting maliciously, discriminating against us because of our national origin; suppressing, altering and deleting evidence material & favorable to our innocence and defense and exculpatory.

Additionally, as stated in my "Notice of Violation of my Constitutionally Secured right to Discovery and Constitutionally Secured right to prepare a proper defense for myself" — I have, to date, 8/3/21 not recieved a complete discovery, nor recieved any of the things I requested in discovery, nor have I been able to review my own or any video

footage, to include the interview conducted by the police detective with Lt Oliver present of me, nor have I been given my own video footage, nor have I been allowed to type documents to prepare a defense for myself, nor has anyone from the prosecution attempted to communicate with me regarding completing the discovery, to which the aforementioned 'Notice' was mailed to Marian Ryan.

I have been expressing the fact and providing supportive evidence to the fact(s) that my rights, all of them, are being violated and or I am forced to waive them via deceit, trickery, duress or coercion. I have no intentions on waiving any of my rights ever, including the right to a trial by jury and speedy trial before I express an interest on having immediately.

Although I have served in the Marine Corps and received an Honorable discharge after taking an oath to support and defend the Constitution, my Constitutional rights are being arbitrarily denied.

The law of the land is that I am innocent until proven guilty and although I have done nothing violent or dangerous and have not been found guilty I have been subject to 20+ hours of confinement every day since 7/3/21. It is a violation of due process to have been found dangerous for a crime I haven't even been convicted of.

How can one be considered dangerous and innocent? How can one be detained and jailed if innocent. Emily Karsetter never stated on the record what her probable cause or reason to have me, ~~[scribbled out]~~ ~~[scribbled out]~~

(10) of 12

Emily Karsetter has never stated on the record what I did that was dangerous. The Federal district Courts have already stated in Miller, Heller, Becerra and Others, that the carrying of a gun, carrying of large capacity magazines and ammunition constitute no offense — See North Carolina Supreme Court Case State v Huntly. Yet I am being charged as a former Marine, for exercising the very rights I fought, my father fought and grandfather fought for by serving in the Armed Forces.

An entire militia was Unconstitutionally arrested during the U.S. Independence Day Weekend, a celebration of the militia men who fought for the thin colonies freedom. That is hypocracy and anti-government and anti-freedom, anti-Republican form of Government (Article 4 Section 4

(12) of (13)

U.S. Constitution). It is clear that I have been and remain peaceful as well as have been and will continue to enforce my rights. But it is also clear that the Commonwealth viz its prosecutor and Officer of the Court Emily Karsetter are descriminating against me because of my national origin, are violating and depriving me of my constitutionally secured rights and I can prove that I have suffered irreparable damage as a result of this conspiracy and enforcement of color of law.

I need help, assistance and relief from the Federal District Court. I will argue my own case, I merely need to be heard by a competent judge who rules with morals, prudence and a sense of and for humanity.

(12) of (12)

I am a Moorish American, guided by the Supreme Laws of Love, Truth, Peace, Freedom and Justice. Allah is my protector and Salvation by night and by day, through his Holy Prophet Noble Drew Ali.

Prophet Noble Drew Ali and his Moorish American people have been officially recognized as a Seperate nation with a Seperate government in treaty with the United States of America, via the certified documents from the Legislator of the State of Illinois House Resolution 0689, titled, "Moorish American week", and the Legislator of the State of Georgia, House Resolution 1203 by Rep Able Mable of the 54th by the same title "Moorish American week". This case must be Dismissed with Prejudice.

Jamhal Talib Abdullah Bey
X_Jamhal Talib Abdullah Bey_