Jamhal Bey
JZ101300 /087357
264 Treble Cove rd.
N. Billerica
MA 01862

Legal
Court
Mail

Federal Court
Clerk of Court
1 exchange Terrace
Providence RI 02903