8/10/21 Mass v. Jamhal
CR: 001099

Violation of ALM GL
ch. 276 § 58A

GL ch 276 § 58A (4)
was violated for the following
reasons:
① I was not able to
cross examine the witnesses
who appeared at the hearing and
I visibly seen Troopers at the
hearing. See 276 § 58A (4).
My wife, father and sister
were present and they were
not allowed to testify.

And Emily Karsetter violated
276 § 58A (4)(3) "the Judge
shall (a) include written findings of
fact and a written statement of
the reason for detention." Emily
merely stated she found probable
cause but never stated what it
was. That is a violation of
my rights. None of my actions
or statements were dangerous to
anyone. Therefore, I am being detained
Unconstitutionally. X [signature]

Mass v. Jamhal (A)
Cr: 001099
8/10/21 9:46 AM
Billerica House of "Corrections"
Pod-D Cell 1-15

Notice of Conflict of Interest - Federal Courts have Original Jurisdiction.

In the matter of "Commonwealth of Massachusetts v. Jamhal Bey" or COMMONWEALTH OF MASSACHUSETTS v. JAMHAL LATIMER"; the federal Courts of the United States have original jurisdiction. See The United States Constitution Article III Section 1. "The Judicial Power of the United States, shall be vested in One Supreme Court, and in such inferior courts [District and Circuit Courts] as the Congress may from time to time ordain and establish." Section 2. "The Judicial power shall extend to ALL Cases, in law and Equity [without distinction between criminal or civil], arising under this Constitution, the laws of the United States, and Treaties made [Federal question]... to all cases ... between a State, or the Citizens thereof;

and foreign states, citizens or subjects [Diversity of Citizenship]. Section 2 Continues... Between a State and Citizens of another State. [Diversity of Citizenship]

Therefore, regardless of the State/Commonwealth wishes to identify me as who I am, Jamhal Bey, a citizen of Morocco or who I am not, JAMHAL LATIMER a citizen of RHODE ISLAND, there is still the issue of diversity and Federal Courts have Original Jurisdiction. There is no Constitutional requirement for the Controversie to include or be over $75,000.

Furthermore the Conflict of Interest is that One, the prosecutor is identified as "The Commonwealth" and so is the Court. And two I am not a resident or Citizen of the Commonwealth but even if I was, it's still a conflict of interest because the Judge and prosecutor are/is

(3)

"The Commonwealth of Massachusetts." If the prosecutor was my father and judge was my sister and you the reader were the defendant, it matters not when you say, you're going to jail. And since the prosecutor and judge are the same viz 'the Commonwealth' the result is the same.

Federal Courts must enjoin the State Criminal Proceedings, as this is an extraordinary circumstance and I'm suffering immediate, irreversible and irreparable damage, my rights are being violated, I am being descriminated against because of my National Origin, the treaty between our two countries are is being violated and the Constitutional laws of the U.S. is being violated.

*[signature]*

7/10/21   8:54 AM

Billerica House of "Corrections"
POD-D   Cell: 1-15

From: Jamhal Talib Abdullah Bey
Slave number: 087351

In Re: Descrimination against me because of my national origin.

There is an Irishmen two cells over who is also a pro se litigant and he has a type-writer and a laptop computer permanently in his room so that he can properly prepare a defense for him self. It is well known that I am a Moroccan or for short, Moor, and I am being denied both a typewriter and laptop in my room. This is prima facia evidence of descrimination because of my national origin, skin-tone and religious belief.

A copy of this is being sent to mental health and Federal Court.
x_Jamhal Talib Abdullah Bey_

8/10/21  9:15 am

Jamhal Talib Abdullah Bey
Slave number 087351
Donnelca House of "Corrections"

It is weighing on my mental health and spirit knowing how my rights are being violated and I am clearly being discriminated because of my national origin yet everyone is acting like things are being done according to law. I spoke to a nurse about the fact that Emily Karsetter, a officer of the court said out of her own mouth that I am innocent until proven guilty then sent me to jail. The nurse responded "funny how that works huh?" There's nothing funny about mental torment, mental anguish or mental abuse. That is almost exactly the same as an abusive relationship where one person says "I love you" then punches their alleged loved one in the face.
    Many people clearly see that what is happening to me is wrong, but no one is

doing anything about it. Innocent men should not be deprived of life, liberty or the pursuit of happiness. I cannot see my daughter grow up. I've lost 3 children and she's the only one that lived, now I cant see her because Court officials who are supposed to be Just, Moral, honest and care about the rights of everyone, could care less about their unlawful actions and their violations of my rights. I am forced to smell another grown mans bowel movements in a room where I can almost touch two of the walls if I reach out.

I have hurt no one, I dont sell drugs, I dont steal, I dont break into peoples homes, I dont commit fraud, Yet I'm in Jail for excercising my Constitutional rights. The same rights I enforced and protected as a United States

Marine. Clearly, I wasted my life in the Marine Corps, as now, as a veteran, my rights clearly mean nothing. All men are clearly not created equal here and my unconstitutional detention and treatment is evidence of that, prima facia evidence.

I am being forced to live my life in fear, paranoid and in constant doubt of my own actions. I will never be the same person after this.

I've wasted 4 years of my life in the military, overseas, away from my loved ones, in the name of protecting constitutional rights, and now, my constitutional rights mean nothing. So, my service means nothing, my awards, medals and Dress-Blue-Alphas means nothing. My eagle globe and anchor means nothing. Graduating at Paris Island meant nothing. My Marine Corps tattoos mean

nothing. My father and Grandfather serving in the Armed forces means nothing. How can I teach my Children about what's right and wrong if fighting for what's right for All People means Nothing?

My life means nothing —

I am Civil liter Mortuose

DEAD IN THE EYES OF THE "LAW"

CIVIL DEATH IS WORSE than DEATH.

A copy of this is being sent to mental health and the federal Court.

_[signature]_