Jamhal Bey
087351 - Slave number
269 Treble Cove rd
North Billerica MA
01862

LEGAL
MAIL

BOSTON MA 021
12 AUG 2021 PM 9 L

NEOPOST
06/08/2021
US POSTAGE $00



Clerk of Court
1 exchange Terrace
Providence RI 02903

Case: CR001099
Commonwealth v. Jamhal

02903-174499