RECEIVED
AUG 24 2021
U.S. DISTRICT COURT
DISTRICT OF R.I.

Billerica House of Corrections.

8/5/21

1 of 6

United States District Court
for the district of Rhode Island.

In Re: Removal of "Commonwealth V Jamhal Bey et al, Case 2150CR001699, et al

Special apperance and oral argument request.

Since I am unable to prepare a proper defense for myself due to being unconstitutionally forced into State Jail, although Emily Karsetter said I was innocent until proven guilty. I am hereby requesting the federal courts to allow me to make an oral argument for my removal to federal court en banc, so that I may properly answer all required prerequisete for removal and ensure the court that I have a claim upon which relief may be granted. This incedent is over 10 hours long. My federall protected Constitutional rights are being violated and I am being descriminated because of my national origin.

x Jamhal Talib Abdullah Bey

Addendum



Removal of Cause to federal court does not prevent defendant from making some objection in federal court to Jurisdiction over person and Validity of Service of process in State Court. Maloney v. Iowa - Illinois Gas & eletric Co. 58 F Supp 656.

In Young v. Harris the Supreme Court held that federal courts must enjoin State Criminal proceedings in very unusual Situations that and where injunctions are necessary to prevent great and immediate irreparable injury. Ohio Civil Rights Comm v. Dayton Christian Sch. 477 U.S. 619 626

We have lost our Jobs and are being labled as terrorists on both National and International News for Simply excersizing our Second Amendment right. We are suffering Great, Immediate and Irreparable Injury. Guard's are mistreating Some of us. We are being Spat on and verbally abused. the Jury pool is being contaminated.

Addendum



Younger v. Harris 401 US 37 Ex parte Young 209 U.S. 123 and following cases have established the doctrine that when absolutely necessary for protection of constitutional rights courts of the United States have power to enjoin state officers from instituting criminal actions.

The irreparable injury is prima facia in regards to us traveling upon our peaceable journey, only making the necessary stop to refule our vehicle as a militia. When the Mass state trooper, without cause got behind our alread stoped vehicles which resulted in the police establishing a firing line and blocking the interstate 95 highway. Subsequently arresting us without probable cause for excersizing our Second Amendment right. Resulting in the media calling us terrorists, being mistreated while in jail as if we were terrorists, loosing our jobs, loosing our homes, being

Addendum



forced to Spend finances on Commissary, phones, etc all while not being able to work. the State of Massassachusets Conspiring with the news " Causing immediate injury and sever damage to our Character and reputation

# Addendum



When faced with both motion to dismiss for lack of personal Jurisdiction and motion to remand pursuant to 28 USC 1447(c), District Court has discretion to decide which to take up first. Zufelt v. Isuzu Motors Am. L.L.C. 727 F. Supp 2d 1117, 2009 U.S. Dist Lexis 129653 (D.N.M. 2009)

Federal Court is not bound by any rule of State practice. Savell v. Southern R. Co. F.2d 377, 1937 US. App.

Minor procedural defect in filing Copy of all process, pleadings, and orders with removal notice can be cured, and Case may remain in federal court, so long as removal notice itself was timely filed and otherwise Complies with Statutory requirements, plaintiff is not injured by defect and federal Court properly has Jurisdiction. Mercado-Salinas v. Bart Enters. Int'l 669 F Supp 2d 176 2009 U.S. Dist

Addendum



Once Case has been properly removed, plaintiff Cannot Successfully do anything to defeat federal Jurisdiction and force remand. Bull v. Greenwood 610 F Supp 574 1985 U.S. Dist

Federal Court is not divested of Jurisdiction until remand order, citing proper basis for remand, is Certified and Mailed by Clerk of District Court. Limehouse v. Hulsey 404 S.C. 93 744 S.E. 2d 566 2013 S.C.

Federal Court could examine record to determine Subject-matter of Controversy and to ascertain who were actual litigants. Weber v. Wittmer Co. 12 F Supp 564 1935

District Court may not sua sponte remand case because of defect in removal procedure. Whole Health Chiropractice & Wellness Inc v. Humana Med Plan Inc. 254 F3d 1317 14 Fla L Weekly Fed C 872 2001 U.S. App; Velchez v. Carnival Corp 331 F 3d. 1207 16 Fla L Weekly Fed C659 2003 Amc.

Commonwealth v. Jamhal Boy

Affidavit in Support of habeas Corpus.



According to Article III of the United States Constitution the federal Courts have Original Jurisdiction over all laws of the United States as the Constitution is the Supreme law of the land. I have made every attempt to argue my case and enforce my rights but all court officials, including Sheriffs and magistrates or Judges are in willful Violation.

I have a Claim upon which relief may be granted, but due to severe mental and Spiritual angush and the lack of resources to properly prepare my argument I am requesting a physical appearance before en banc of this Court to make my Claim.

I am also asking the Courts to review the proceedings and records of the Commonwealth of Massachusetts and any reasoning mind will hear how we are being violated.

Please allow my case to be heard before en banc.

X [signature]

Commonwealth v. Jamhal Bey and the Moorish Militia
Cr 001099

8/14/21 Affidavit of fact in support of Dismissal

Young v. Hawaii 896 F 3d 1044. "We are Satisfied that the Second Amendment encompasses a right to ~~openly~~ carry a fire arm openly and publicaly."

Upon the En Banc appeal, it was never specified that there was not a right to open carry publically, only that it was not "unfettered". The En Banc decision also never nullified the decision in State v. Huntly stating that the carrying of a gun constitutes no offence. The 9th Circuit En Banc decision also never specifies conditions upon which one could not open carry.

Therefore we must stick to decisions of previous courts stating that convicted fellons, those declared insane and areas such as schools and federal buildings are those places and people whereby open carry may be regulated or restricted. None of which applied to us.

x [signature]

The Moorish Militia.

Date/Time
File
No. Mode
1490 Memo
Re

1 of 2

CR 001099

8/16/21 Commonwealth
v.
Jamhal T.A. Bey and
The Moorish Militia.

Notice of malicious Conspiricy.

When I was "arraigned" prior to going before the "Magistrate" an old Irishmen, approximately 60 years old, Claiming to be an attorney approached me in the Cell I was forced into. When he approached me, he told me he was an attorney and in his hands he had what appeared to be an Arrest Report from the State of Massachusetts with a photograph of what looked like me on it. He proceeded to point to the Charge which stated "Disorderly Conduct" and he said "You have the least severe Charges so I chosen to represent your Case!" I informed the Irishman I would not be needing his services and I would be proceeding pro se.

(2 of 2)

Upon being forced into "Court" I, in Short, Stated I would be presenting my own arguments - Emily Karsetter, of 33 Clark St Boston MA, tried to force the Irishman on me and Stated amongst other things how qualified he was, after reading to me completely different Charges. I made everyone aware of the deceit and trickery of the "Defense" attorney and Emily Karsetter did nothing about it, forced me to waive my rights and assisted the prosecution by reminding him indirectly which documents to file.

There is also the incident with Aban, who was being forced by the other "Defense" attorney to arbitrarily blame others and act as if he is a victim of something. A similar thing may be taken place with Rob and his attorney. The allege Defense attorneys and the magistrates are clearly working with the prosecution.

[signature]

Commonwealth v. Jamhal Bey and the Moorish Militia
cr001099
6/9/21 Judicial Notice (1) of (2)

ALM R CRIM. P. Rule 3 Annotations "Where the charge is by complaint and the accused is under arrest not having been indicted by grand Jury, he is entitled as soon as may be to a probable cause hearing to determine whether he should be held for trial. GL C 276 § 38"

"The prosecutor should not abuse this power ... by waiting .. to obtain an indictment see Raposa 386 Mass at 669 n. 8"

"There may be circumstances however, where the prosecutors bad faith in obtaining an indictment entitles the defendant to a probable cause hearing in any event. Cf Hadfield v. Commonwealth 387 Mass 252, 257 (dicta) (Circumventing probable cause hearing may be invalid when "effrontery to district court", "obstruction of criminal process", or "waste of judicial resources"

As stated at what was supposed to be the probable cause hearing on August 9th 2021, I was ready to proceed with my argument; likewise, the prosecution, who had 37

days to prepare for said hearing, in a bad faith attempt to obstruct the criminal process, waste judicial recourses and "buy time" for an indictment, since the probable cause narrative clearly indicates probable cause found in hind sight; the commonwealth claimed that / a ballistic report and finger prints were the reason for the extra 30 day extension of time; But the charges do not warrant such evidence.

Lexisnexus - ALM R Crim P. rule 3 "If an indictment has not already been returned, a defendant charged with a crime ... must be given a probable cause hearing "as seen as may be" see GL c 276 § 38.

Commonwealth v. McCarthy 385 Mass 160 163 "an indictment cannot stand unless, at a minimum, it is supported by evidence sufficient to establish probable cause to arrest"

Yet according to the probable cause narrative, probable cause was determined based on hind sight which is contrary to mass laws.

Commonwealth V Jamhal Bey and the Moorish Militia
CR 001084

(1)

Affidavit in Support of Military exemption of prosecution from State Statute(s) 269 § 10(a), 269 § 10(m), 274 § 7, 269 § 10(D) et seq, et alia, and lack of probable cause:

As Stated previously and continuously, we cannot be charged with any of these alleged crimes as we are protected via the 2nd Amendment and must be treated as a military and therefore exempt pursuant to ALM GL Ch 140 § 129 C (H) and (O) — as we are and were a military nonresidents traveling through to conduct a training exercise and operation in accordance with the laws and customs of war, we were uniformed, had/have a chain of command, openly armed and remained peaceful with the State police

Date/Time

File No. Mode

1490 Memo

ALM GL ch. (2) 140 § 129 C
Firearms - possession.

The provisions of this Section shall not apply to the following exempted persons and uses:

(H) possession of rifles and shotguns and ammunition therefor by nonresidents traveling in or through the Commonwealth.

(O) persons in the military or other service of any state

United States v. Yunis 924 F.2d 1086 "The Court further instructed the Jury that it could find that the ... Militia is a military organization only if the group has a hierarchial command structure and conducts its operations in accordance with the laws and customs of war and if its members have a uniform and carry arms openly." The court held that a fixed emblem recognizable at a distance was the test for whether militiamen and members of volunteer

Date/Time:

File No. Mode

1490 Memor

had the right and responsibilities of national armies. (3)

Specifically, the district courts uniform instructions find sufficient support in international agreements that bear on the question. See Geneva Convention Relative to the Treatment of Prisoners of war. Opened for Signature Aug 12, 1949 art 4(A)(2), 6 U.S.T 3317, 3320 T.I.A.S. No 3364 [Hereinafter Geneva Convention] Hague Convention No IV Respecting the Law and Customs of War on Land, Oct 18 1907 annex § 1, ch. 1, art 1, 36 Stat 2277, 2295-96 T.S. No 539 [hereinafter Hague Convention No. IV] The Geneva Convention signed by 167 nations ... establishes "having a fixed and distinctive signal recognizable at a distance" as one of four necessary conditions that qualify the members of a militia for treatment as prisoners of war." "Uniform" "Signal" or "emblem" are interchangable.

(1) Command, (2) Uniform (3) Open carry of arms (4) Conduct operations in accordance with the laws and customs of war"

Re

[signature]