Lubu El Por Libertad
07352
269 Treble Cove Rd.
North Billerica, Massachusetts
[01862]

Legal Court Mail Priority
BOSTON MA 020
23 AUG 2021 PM 7 L

Clerk of Court
1 exchange terrace
Providence Rhode Island,
[02903]