

En El Por Libertad
087352
Noblelove rd.
Vallerca, Massachusetts
[27]

Legal Court Mail Priority

Patricia A. Sullivan
1 exchange terrace
Providence Rhode Island
[02903]

30¢

NEOPOST
08/26/2021
US POSTAGE
$000.30⁰
ZIP 01862
041M1455839